**CLOSED**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

---

|  |  |  |
|---|---|---|
| WARREN F. REINHART and GERALD M. SMITH, On Behalf of Themselves and A Class Of Persons Similarly Situated, | : : : | |
| Plaintiffs, | : : | Case No. 01-cv-3491 (JAP) |
| v. | : : | |
| LUCENT TECHNOLOGIES, INC., ET. AL., | : | FINAL ORDER MODIFYING |
| Defendants. | : | COUNSEL'S PETITION FOR |
| | : | AN AWARD OF ATTORNEY'S |
| | : | FEES AND REIMBURSEMENT |
| | | OF EXPENSES |

Before the Court is a petition for attorney's fees and reimbursement of expenses

filed by the law firms of Berger & Montague, P.C., Keller Rohrback, LLP, Stull, Stull & Brody,

and Weber Gallagher Simpson Stapleton Fires & Newby LLP, which serve as Counsel for the

Plaintiffs in this case.  Having considered all of the written submissions on this matter from

the parties and from class members, and having held a Fairness Hearing on December 12, 2003

regarding the proposed settlement and the fee petition in this class action, and for the reasons

expressed in the Court's accompanying opinion, IT IS

ON this 19th day of July, 2004

ORDERED that the Petition for fees and expenses is modified; and it is further

ORDERED that Counsel is awarded attorney's fees in the amount of $10,350,000.00

($10.35 million); and it is further

ORDERED that Counsel is awarded $550,512.57 as reimbursement for expenses; and it

is further

ORDERED that Class Representative Warren Reinhart is awarded a sum of

$5,000.00; and it is further

ORDERED that Class Representative Gerald M. Smith is awarded a sum of $5,000.00;

and it is further

ORDERED that Class Representative Larry Dane is awarded a sum of $2,500.00;

and it is further

ORDERED that this is a final judgment, and this case is CLOSED; and it is further

ORDERED that because the settlement resolving this case also resolves the case of

*Reinhart, et al. v. Lucent Pension & Benefits Inv. Comm., et. al.*, No. 03-cv-88 (JAP)

(D.N.J. Compl. filed Jan. 6, 2003)), the *Reinhart* matter, No. 03-cv-88 (JAP) is also

CLOSED; and it is further

ORDERED that because the settlement resolving this case also resolves the case of

*Dane v. Lucent Tech., Inc., et. al.*, No. 03-cv-86 (D.N.J. Compl. filed Jan. 3, 2003),

the *Dane* matter, No. 03-cv-86 (JAP) is also CLOSED; and it is further

ORDERED that because the settlement resolving this case also resolves the case

of *Dane v. Lucent Pension & Benefits Inv. Comm., et. al.*, No. 03-cv-87 (D.N.J. Compl.

filed Jan. 6, 2003), the *Dane* matter, No. 03-cv-87 (JAP) is also CLOSED.

S/ JOEL A. PISANO, U.S.D.J.

Original:      Clerk of the Court
cc:            All parties
               File